FEB 17 2009

JUDGE RUBIN

COPY SENT

| | |
|---|---|
| MICHAEL AVANT, SR., AND CONSTANCE CLANTON, | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION-CIVIL PART<br>: DOCKET NO. ~~HNT~~-L-1401-07<br>: Som<br>: CIVIL ACTION |
| Plaintiff(s) | |
| | : ORDER AND FINAL JUDGMENT<br>: AS TO JERMAINE D. MORRISON |
| JERMAINE D. MORRISON, TOM GARRITY, MARGARET ROJEK-BOGACZEWICZ, BARRY NORMAN, ERA QUEEN CITY REALTORS, GUARDIAN SETTLEMENT AGENTS, INC., STEWART TITLE GUARANTY COMPANY, LAURIE ANN MORRISON, IJEOMA F. ONYEYIRIM, JOHN DOES 1 through 10 and XYZ CORPORATIONS 1 through 10 | |
| Defendant(s) | |

**THIS MATTER** having been opened to the Court by the Plaintiffs, Michael Avant, Sr., Constance Clanton, represented by Stephen Tsai Law Offices (Stephen Tsai, Esquire, appearing) and the Defendant, Jeramine D. Morrison, represented by Steven B. Lieberman, Esquire, upon application for the entry of an Order and Final Judgment only as to Defendant, Jermaine D. Morrison, and said parties having settled their matter on the record on February 9, 2009; and good cause otherwise appearing; now, therefore, Final Judgment is entered as follows:

**IT IS ON THIS** 9th day of February, 2009, **ORDERED AND ADJUDGED,** that final

monetary judgment shall be and hereby is entered in favor of the Plaintiffs Michael Avant, Sr., and Constance Clanton and against the Defendant Jermaine D. Morrison, in the amount of Two Hundred Thousand Dollars.

_____
HON. STEPHEN. B. RUBIN

27

| | |
|---|---|
| Michael Avant, Sr., and<br>Constance Clanton<br><br>PLAINTIFF<br><br>v.<br><br>Jermaine D. Morrison<br><br>DEFENDANT | **SUPERIOR COURT OF NEW JERSEY**<br>**LAW DIVISION – CIVIL PART**<br>**HUNTERDON COUNTY CIVIL DIVISION**<br>**65 PARK AVENUE, FLEMINGTON, NJ 08822**<br>**(908) 237-5820  TDD (908) 237-5862**<br><br>CIVIL ACTION<br>ORDER OF DISPOSITION<br><br>DOCKET NO.  SOM-L-1401-07 |

It is on this   9th   day of   February   , 2009   , **ORDERED** that this matter is hereby dismissed/disposed due to the following:

- ☐ 04 Partially Tried
- ☐ 05 Tried to Completion w/ Jury
- ☐ 07 Tried to Completion w/out Jury
- ☐ 08 Default
- ☐ 09 Summary Judgment
- ☐ 10 Dismissed with Prejudice
- ☐ 11 Dismissed Rule 1:13
- ☐ 12 Dismissed without Prejudice
- ☐ 14 Transfer to Another County
- ☐ 15 Transfer to Another Court
- ☐ 17 Settled by Statutory Arbitration/50 day
- ☒ 23 Settled Before Trial
- ☐ 24 Settled while Scheduled for Trial

- ☐ 25 Settled while Scheduled for Arbitration
- ☐ 26 Settled while Scheduled for other CDR
- ☐ 27 Settled Friendly Hearing Comp
- ☐ 28 Settled by other CDR
- ☒ 29 Settled by conference with Judge
- ☐ 45 Inactivated
- ☐ 82 Default Judgment; Proof Hearing comp.
- ☐ Plaintiff atty. failed to appear; dismissed by Court
- ☐ Plaintiff failed to appear; dismissed by Court
- ☐ Defendant failed to appear; default entered by Court
- ☐ Plaintiff and defendant failed to appear; dismissed by Court
- ☐ Other (see comments)

It is further ORDERED that the plaintiff/defendant shall serve a copy of the ORDER on the plaintiff/defendant within ten (10) days of the above date.

COMMENTS:  $200,000

RECEIVED/FILED
AT CHAMBERS

FEB  9 2009

JUDGE RUBIN

*Stephen B. Rubin, J.S.C.*