# United States Bankruptcy Court
**District of New Jersey**

In re  **JERMAINE D. MORRISON**  
Debtor(s)

Case No.  **16-26580-CMG**  
Chapter  **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 28, 2016**, a copy of the Adversarial Complaint was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Jermaine D. Morrison, Debtor**
**c/o Mr. James V. Loewen, Esq.**
**Wronko & Loewen**
**69 Grove Street**
**Somerville, New Jersey 08876**

**Mr. Barry Frost, Esq.**
**Chapter 7 Trustee**
**691 State Highway 33**
**Trenton, New Jersey 08619-4407**

/s/ Steven F. Dunbar, Esq.
**Steven Dunbar**
**Steven Dunbar Attorney at Law**
**104 South Main Street**
**Phillipsburg, NJ 08865**
**(908) 454-0074Fax:(908 454-6540**
**Dunbarlaw@enter.net**